**STIP**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
TURCO & DRASKOVICH, LLP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222

GARY A. MODAFFERI, ESQ.
Nevada Bar No. 12450
LAW OFFICE OF GARY A. MODAFFERI, LLC
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222

ALLEN LICHTENSTEIN, ESQ.
Nevada Bar No. 3992
3315 E. Russell Road
Las Vegas, Nevada 89120
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DOES 1-16; and UNKNOWN NAMED DOES 1-1000,<br>    Plaintiffs,<br>vs.<br>Adam Paul Laxalt, Attorney General of the State of Nevada; Chris Perry, Director of the Nevada Department of Public Safety; Natalie Wood, Chief Parole and Probation Division of the Nevada Department of Public Safety; Patrick J. Conmay, Chief Records and Technology Division of the Nevada Department of Public Safety; Joseph Lombardo, Sheriff of the Las Vegas Metropolitan Police Department; Alexander Perez, Chief of the North Las Vegas Police Department; Steven Wolfson, District Attorney of Clark County; Chief Patrick Moers, Henderson Police Department,<br>    Defendants. | CASE NO.: 2:15-cv-01638-RFB-CWH |

1

## STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME FOR THE FILING OF A RESPONSIVE PLEADING TO DISTRICT ATTORNEY'S MOTION TO DISMISS BY PLAINTIFFS

Defendant, STEVEN WOLFSON, by and through CHIEF DEPUTY DISTRICT ATTORNEY STEPHNIE BARKER, ESQ., and Plaintiffs, by and through their attorneys, ROBERT M. DRASKOVICH, ESQ., of TURCO & DRASKOVICH, LLP, GARY A. MODAFFERI, ESQ., of THE LAW OFFICES OF GARY A. MODAFFERI, LLC, and ALLEN LICHTENSTEIN, ESQ., hereby stipulate to an extension of time for the filing of a responsive pleading to District Attorney's Motion to Dismiss by or on behalf of Plaintiffs due on or before December 16, 2015.

DATED this 18 day of November, 2015.        DATED this 18 day of November, 2015.

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
GARY A. MODAFFERI, ESQ.
Nevada Bar No. 12450
ALLEN LICHTENSTEIN, ESQ.
Nevada Bar No. 3992
Attorneys for Plaintiffs

STEVEN B. WOLFSON
DISTRICT ATTORNEY

STEPHANIE A. BARKER
Chief Deputy District Attorney
State Bar No. 3176
500 S. Grand Central Pkwy., 5th Floor
P.O. Box 552215
Las Vegas, Nevada 89155-2215
Attorney for Defendant Wolfson

## ORDER

Pursuant to the above and foregoing Stipulation for an Extension of Time, a responsive pleading to District Attorney's Motion to Dismiss by or on behalf of Plaintiffs, shall be due on or before December 16, 2015.

DATED AND DONE this 24th day of November, 2015.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2