STEVEN B. WOLFSON
DISTRICT ATTORNEY
**CIVIL DIVISION**
By: **STEPHANIE A. BARKER**
Chief Deputy District Attorney
State Bar No. 3176
500 South Grand Central Pkwy., 5th Flr
P. O. Box 552215
Las Vegas, Nevada  89155-2215
Phone:  (702) 455-4761
Fax:      (702) 382-5178
Stephanie.Barker@ClarkCountyDA.com
*Attorney for Defendant Steven Wolfson, District Attorney*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOES 1-16; and UNKNOWN NAMED DOES 1-1000,<br><br>            Plaintiffs,<br><br>     vs.<br><br>ADAM LAXALT, Attorney General of the State of Nevada; CHRIS PERRY, Director of the Nevada Department of Public Safety; NATALIE WOOD, Chief Parole and Probation Division of the Nevada Department of Public Safety; PATRICK J. CONMAY, Chief Records and Technology Division of the Nevada Department of Public Safety; JOSEPH LOMBARDO, Sheriff of the Las Vegas Metropolitan Police Department; ALEXANDER PEREZ, Chief of the North Las Vegas Police Department; STEVEN WOLFSON, District Attorney of Clark County; CHIEF PATRICK MOERS, Henderson Police Department,<br><br>            Defendants. | Case No:  2:15-cv-01638-RFB-CWH |

**STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME
FOR THE FILING OF DEFENDANT STEVEN WOLFSON'S RESPONSIVE PLEADING
IN REPLY TO PLAINTIFFS' RESPONSE TO DISTRICT ATTORNEY'S
MOTION TO DISMISS**

Defendant, STEVEN WOLFSON, by and through CHIEF DEPUTY DISTRICT ATTORNEY STEPHANIE BARKER, ESQ., and Plaintiffs, by and through their attorneys, ROBERT M. DRASKOVICH, ESQ., of TURCO & DRASKOVICH, LLP, GARY A. MODAFFERI, ESQ., of THE LAW OFFICES OF GARY A. MODAFFERI, LLC, and ALLEN LICHTENSTEN, ESQ., hereby stipulate to an extension of time for the filing of Defendant

1  Wolfson's responsive pleading in Reply to Plaintiffs' Response to Defendant District Attorney's

2  Motion to Dismiss, to now be due on or before January 11, 2016.

3      RESPECTFULLY SUBMITTED.

4  DATED this 29th day of December, 2015.     DATED this 29th day of December, 2015.

5  STEVEN B. WOLFSON     TURCO & DRASKOVICH, LLP
   DISTRICT ATTORNEY     LAW OFFICE OF GARY A. MODAFFERI,
6     LLC

   By: /s/ Stephanie Barker
7       STEPHANIE A. BARKER     By: /s/ Gary Modafferi
     Chief Deputy District Attorney       ROBERT M. DRASKOVICH, ESQ.
8       State Bar No. 3176       Nevada State Bar No. 6275
     500 South Grand Central Pkwy., 5th Flr.       GARY A. MODAFFERI, ESQ.
9       P. O. Box 552215       Nevada State Bar No. 12450
     Las Vegas, Nevada 89155-2215       815 S. Casino Center Blvd.
10       *Attorney for Defendant WOLFSON*       Las Vegas, Nevada 89101
     *Attorneys for Plaintiffs*

13  **ORDER**

14  Pursuant to the above and foregoing Stipulation for an Extension of Time, a responsive

15  pleading by Defendant Wolfson in Reply to Plaintiffs' Response to Defendant District Attorney's

16  Motion to Dismiss, is now due on or before January 11, 2016.

18         IT IS SO ORDERED:

20         _____
       RICHARD F. BOULWARE, II
21         United States District Judge
       DATED this 6th day of January, 2016.