ADAM PAUL LAXALT
Nevada Attorney General
ADAM D. HONEY
Deputy Attorney General
Nevada Bar No. 9588
Public Safety Division
555 East Washington Avenue, #3900
Las Vegas, Nevada  89101
T: (702) 486-3427
F: (702) 486-3773
*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOES 1-16; and UNKNOWN NAMED DOES 1-1000,<br><br>Plaintiffs,<br><br>v.<br><br>Adam Paul Laxalt, Attorney General of the State of Nevada; Chris Perry, Director of the Nevada Department of Public Safety; Natalie Wood, Chief Parole and Probation Division of the Nevada Department of Public Safety; Patrick J. Conmay, Chief Records and Technology Division of the Nevada Department of Public Safety; Joseph Lombardo, Sheriff of the Las Vegas Metropolitan Police Department ; Alexander Perez, Chief of the North Las Vegas Police Department; Steen Wolfson, District Attorney of Clark County; Chief Patrick Moers, Henderson Police Department,<br><br>Defendants. | CASE NO.  2:15-cv-01638-RFB-CWH<br><br>**STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME FOR THE FILING OF A RESPONSIVE PLEADING BY STATE DEFENDANTS** |

IT IS HEREBY STIIPULATED by and between Plaintiffs, DOES 1-16 and UNKNOWN NAMED DOES 1-1000, by and through their attorneys of record, Robert M. Draskovich, Esq. and Gary A. Modafferi, Esq. and Defendants, Adam Paul Laxalt, Attorney General of the State of Nevada; Chris Perry, Director of the Nevada Department of Public Safety; Natalie Wood,

-1-

1 Chief Parole and Probation Division of the Nevada Department of Public Safety; and Patrick J.
2 Conmay, Chief Records and Technology Division of the Nevada Department of Public Safety,
3 by and through their attorneys of record, Adam Paul Laxalt, Nevada Attorney General, and
4 David R. Keen, Senior Deputy Attorney General, that said Defendants will have up to and
5 including January 19, 2016, in which to file a response to Plaintiffs' Complaint.

DATED this  5th  day of January, 2016.   DATED this  5th  day of January, 2016.

ADAM PAUL LAXALT                          TURCO & DRASKOVIC, LLP
Nevada Attorney General                   LAW OFFICE OF GARY A. MODAFFERI, LLC

By: /s/ David R. Keene, II                By: /s/ Gary A. Modafferi
    DAVID R. KEENE, II                        ROBERT M. DRASKOVICH, ESQ.
    Senior Deputy Attorney General            Nevada Bar No. 6275
    Nevada Bar No. 11826                      GARY A. MODAFFERI, ESQ.
    Office of the Attorney General            Nevada Bar No. 12450
    Public Safety Division                    815 South Casino Center Blvd.
    555 East Washington Avenue, #3900         Las Vegas, Nevada 89101
    Las Vegas, Nevada 89101
    *Attorneys for Defendants, Adam Paul*
    *Laxalt, Attorney General of the State of*
    *Nevada; Chris Perry, Director of the Nevada*
    *Department of Public Safety; Natalie Wood,*
    *Chief Parole and Probation Division of the*
    *Nevada Department of Public Safety;*
    *Patrick J. Conmay, Chief Records and*
    *Technology Division of the Nevada*
    *Department of Public Safety*

## ORDER

Pursuant to the above and foregoing Stipulation for an Extension of Time, a responsive pleading by or on behalf of Defendants, Adam Paul Laxalt, Attorney General of the State of Nevada; Chris Perry, Director of the Nevada Department of Public Safety; Natalie Wood, Chief Parole and Probation Division of the Nevada Department of Public Safety; and Patrick J. Conmay, Chief Records and Technology Division of the Nevada Department of Public Safety, shall be due on or before January 19, 2016.

DATED this  6  day of January, 2016.

_____
United States Magistrate Judge