**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
Attorneys for Joseph Lombardo

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DOES 1-16; and UNKNOWN NAMED DOES 1-1000,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM PAUL LAXALT, Attorney General of the State of Nevada; CHRIS PERRY, Director of the Nevada Department of Public Safety; NATALIE WOOD, Chief Parole and Probation Division of the Nevada Department of Public Safety; PATRICK J. CONMAY, Chief Records and Technology Division of the Nevada Department of Public Safety; JOSEPH LOMBARDO, Sheriff of the Las Vegas Metropolitan Police Department, ALEXANDER PEREZ, Chief of the North Las Vegas Police Department; STEVEN WOLFSON, District Attorney of Clark County; CHIEF PATRICK MOERS, Henderson Police Department,<br><br>Defendants. | Case No.: 2:15-cv-01638-RFB-CWH |

**STIPULATION AND ORDER TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE**

Plaintiffs DOES -16 and Unnamed Does 1-1000 (collectively "Plaintiffs"), by and through their attorneys of record, Robert Draskovich, Esq., Gary A. Modafferi, Esq. and Allen Lichtenstein, Esq. and Defendants, Patrick E. Moers, by and through his attorneys of record, Henderson City Attorney's Office; Defendant Joseph Lombardo, by and through his attorneys of record, Nick D. Crosby, Esq. of the law firm of Marquis Aurbach Coffing; and Alexander Perez, by and through his attorneys of record, North Las Vegas City Attorney's Office, hereby agree and stipulate that all claims asserted by the Plaintiffs and against Defendants Lombardo, Moers, and Perez (collectively "Law Enforcement Defendants"), whether known or unknown in the



MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

above-entitled action, shall be dismissed **without prejudice** as they relate to the Law Enforcement Defendants.

It is further agreed that the Plaintiffs and the Law Enforcement Defendants shall each bear their own attorneys fees and costs and shall not be subject to any award of attorneys fees, costs or damages arising from the above-entitled action.

It is further agreed that the Law Enforcement Defendants will be subject to and shall abide by any injunction, declaratory relief granted or order of the Nevada Supreme Court or District Court in the above-entitled action, provided, however, the Law Enforcement Defendants shall not be liable for any damages ordered in any such order, decree or judgment, including any award of attorneys fees or costs.

It is further ordered that Plaintiffs, through their counsel of record, shall immediately, or as soon as reasonably possible, notify the Law Enforcement Defendants of any order, injunction or decree or modification of any such order, injunction or decree issued in the above-captioned matter, including any order, injunction, or decree issued by the Nevada Supreme Court.

IT IS SO STIPULATED this __ day of September, 2015.

PLAINTIFFS

_______________________________
Robert M. Draskovich, Esq.
Nevada State Bar No. 6275
Gary A. Modafferi, Esq.
Nevada State Bar No. 12450
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Attorney for Plaintiffs

HENDERSON CITY ATTORNEY'S OFFICE

_______________________________
Josh M. Reid, Esq.
Nevada State Bar No. 7497
Michael J. Oh, Esq.
Nevada State Bar No. 7470
240 Water Street, 4th Floor
Henderson, Nevada 89015
Attorneys for Defendant Patrick E. Moers

above-entitled action, shall be dismissed **without prejudice** as they relate to the Law Enforcement Defendants.

It is further agreed that the Plaintiffs and the Law Enforcement Defendants shall each bear their own attorneys fees and costs and shall not be subject to any award of attorneys fees, costs or damages arising from the above-entitled action.

It is further agreed that the Law Enforcement Defendants will be subject to and shall abide by any injunction, declaratory relief granted or order of the Nevada Supreme Court or District Court in the above-entitled action, provided, however, the Law Enforcement Defendants shall not be liable for any damages ordered in any such order, decree or judgment, including any award of attorneys fees or costs.

It is further ordered that Plaintiffs, through their counsel of record, shall immediately, or as soon as reasonably possible, notify the Law Enforcement Defendants of any order, injunction or decree or modification of any such order, injunction or decree issued in the above-captioned matter, including any order, injunction, or decree issued by the Nevada Supreme Court.

IT IS SO STIPULATED this __ day of September, 2015.

PLAINTIFFS

Robert M. Draskovich, Esq.
Nevada State Bar No. 6275
Gary A. Modafferi, Esq.
Nevada State Bar No. 12450
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Attorney for Plaintiffs

HENDERSON CITY ATTORNEY'S OFFICE

Josh M. Reid, Esq.
Nevada State Bar No. 7497
Michael J. Oh, Esq.
Nevada State Bar No. 7470
240 Water Street, 4th Floor
Henderson, Nevada 89015
Attorneys for Defendant Patrick E. Moers

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING

Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Joseph Lombardo

**NORTH LAS VEGAS CITY ATTORNEY'S OFFICE**

By: ______________________
Claudia Aguayo, Esq.
Nevada Bar No. 8351
2250 North Las Vegas Blvd
North Las Vegas, NV 89030
Attorney for Alexander Perez

**ATTORNEY GENERAL'S OFFICE**

By: ______________________
Kimberly A. Buchanan, Esq.
Nevada Bar No. 5891
555 E. Washington Street, Ste. 3900
Las Vegas, NV 89101
Attorney for Adam Paul Laxalt, Attorney General; Chris Perry, Natalie Wood and Patrick J. Conmay, Nevada Department of Public Safety

**ORDER**

IT IS SO ORDERED that Defendant Joseph Lombardo, Defendant Patrick E. Moers, and Defendant Alexander Perez are hereby dismissed from United States District Court, District of Nevada, Case 15-cv-01638, without prejudice pursuant to the above stipulation.

IT IS SO ORDERED:

______________________
RICHARD F. BOULWARE, II
United States District Judge
DATED this 25th day of January, 2016.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING

______________________
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Joseph Lombardo

**NORTH LAS VEGAS CITY ATTORNEY'S OFFICE**

By:______________________
Claudia Aguayo, Esq.
Nevada Bar No. 8351
2250 North Las Vegas Blvd
North Las Vegas, NV 89030
Attorney for Alexander Perez

**ATTORNEY GENERAL'S OFFICE**

By: [signature] for
Kimberly A. Buchanan, Esq.
Nevada Bar No. 5891
555 E. Washington Street, Ste. 3900
Las Vegas, NV 89101
Attorney for Adam Paul Laxalt, Attorney General; Chris Perry, Natalie Wood and Patrick J. Conmay, Nevada Department of Public Safety

**ORDER**

IT IS SO ORDERED that Defendant Joseph Lombardo, Defendant Patrick E. Moers, and Defendant Alexander Perez are hereby dismissed from United States District Court, District of Nevada, Case 15-cv-01638, without prejudice pursuant to the above stipulation.

______________________
DISTRICT COURT JUDGE



MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING

Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Joseph Lombardo

**NORTH LAS VEGAS CITY ATTORNEY'S OFFICE**

By:______________________________

Claudia Aguayo, Esq.
Nevada Bar No. 8351
2250 North Las Vegas Blvd
North Las Vegas, NV 89030
Attorney for Alexander Perez

**ATTORNEY GENERAL'S OFFICE**

By:______________________________

Kimberly A. Buchanan, Esq.
Nevada Bar No. 5891
555 E. Washington Street, Ste. 3900
Las Vegas, NV 89101
Attorney for Adam Paul Laxalt, Attorney General; Chris Perry, Natalie Wood and Patrick J. Conmay, Nevada Department of Public Safety

**ORDER**

IT IS SO ORDERED that Defendant Joseph Lombardo, Defendant Patrick E. Moers, and Defendant Alexander Perez are hereby dismissed from United States District Court, District of Nevada, Case 15-cv-01638, without prejudice pursuant to the above stipulation.

______________________________
DISTRICT COURT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816