AARON D. FORD
 Nevada Attorney General
DAVID R. KEENE, II (Bar No. 11826)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3584
Facsimile: (702) 486-3773
E-Mail: dkeene@ag.nv.gov
*Attorneys for the State Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOES 1-35; and UNKNOWN NAMED DOES 1-1000,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM PAUL LAXALT, ATTORNEY GENERAL FOR THE STATE OF NEVADA, *et al.*,<br><br>Defendants. | CASE NO.: 2:15-cv-01638-RFB-CWH<br><br>**STIPULATION AND ORDER TO GRANT STATE DEFENDANTS ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, DOES 1-35 and UNKNOWN NAMED DOES 1-1000, by and through their attorney Allen Lichtenstein, and Defendants AARON D. FORD, ATTORNEY GENERAL FOR THE STATE OF NEVADA, GEORGE TOGLIATTI, DIRECTOR OF THE NEVADA DEPARTMENT OF PUBLIC SAFETY, NATALIE WOOD, CHIEF, DIVISION OF PAROLE AND PROBATION, NEVADA DEPARTMENT OF PUBLIC SAFETY, PATRICK J. CONMAY, CHIEF, RECORDS AND TECHNOLOGY DIVISION, NEVADA DEPARTMENT OF PUBLIC SAFETY (the "State Defendants"), by and through their attorneys, Aaron D. Ford, Attorney General, and David R. Keene, II, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, that the deadline for State Defendants to respond to Plaintiffs' Motion for Partial Summary Judgment is hereby extended to October 21, 2019.

This Stipulation is entered into for the following reasons:

1. State Defendants require additional time to examine the legal arguments contained in the Motion for Partial Summary Judgment.

2. David M. Smith, a key member of the Nevada Board of Parole Commissioners' staff, recently returned from an extended absence and his expertise is needed in drafting a response to the Motion for Partial Summary Judgment.

DATED this 4th day of October, 2019.　　　DATED this 4th day of October, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

By: /s/ Allen Lichtenstein　　　　　　　　　By: /s/ David R. Keene, II
　　ALLEN LICHTENSTEIN, ESQ.　　　　　　　DAVID R. KEENE, II
　　Nevada Bar No. 3992　　　　　　　　　　Nevada Bar No. 11826
　　3315 E. Russel Road　　　　　　　　　　Senior Deputy Attorney General
　　Las Vegas, NV 89120　　　　　　　　　　555 E. Washington Ave., Suite 3900
　　*Attorney for Plaintiffs*　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the State Defendants*

## ORDER

**IT IS HEREBY ORDERED** that the date for State Defendants to file their response to the Motion for Partial Summary Judgment currently scheduled for **Monday, October 7, 2019**, be vacated and continued until **Monday, October 21, 2019**.

DATED this 9th day of October, 2019.

_____
RICHARD F. BOULEWARE
UNITED STATES DISTRICT COURT JUDGE