ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222

GARY A. MODAFFERI, ESQ.
Nevada Bar No. 12450
LAW OFFICE OF GARY A. MODAFFERI, LLC
612 S. 3rd Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 327-3033

ALLEN LICHTENSTEIN, ESQ.
Nevada Bar No. 3992
3315 E. Russell Road
Las Vegas, Nevada 89120
Attorney for Plaintiffs
Telephone (702) 433-2666

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOES 1-35; and UNKNOWN NAMED DOES 1-1000,<br>        Plaintiffs,<br>v.<br>AARON FORD, Attorney General of the State of Nevada; et al;<br><br>        Defendants. | CASE NO.: 2:15-CV-01638-RFB-CWH<br><br>**STIPULATION TO CONTINUE CALENDAR CALL AND TRIAL DATES** |

IT IS HEREBY STIPULATED AND AGREED by and between AARON FORD, Attorney General, and ADAM HONEY, counsel for Defendants; ROBERT M. DRASKOVICH, counsel for Plaintiffs, that the calendar call currently scheduled for January 21, 2020 at the hour

of 3:00 p.m. and the trial currently scheduled for January 27, 2020 at 9:00 a.m. be vacated for at least ninety (90) days and set to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. There are outstanding motions still to be decided by this Honorable Court.
2. Denial of this request for continuance would deny counsel for the defendant sufficient time within which to be able to effectively and thoroughly research this case, taking into account the exercise of due diligence.
3. Additionally, denial of this request for continuance could result in a miscarriage of justice.
4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

This is the first request to continue trial date filed herein.

DATED this 15th day of January, 2020.

|  |  |
|---|---|
|  | AARON FORD |
|  | ATTORNEY GENERAL |
| Allen Lichtenstein | Adam Honey |
| /s/_____ | /s/_____ |
| ALLEN LICHTENSTEIN, ESQ. | ADAM HONEY |
| Nevada Bar No. 3992 | Deputy Attorney General |
| ROBERT M. DRASKOVICH, ESQ. | Attorney for Defendants |
| Nevada Bar No. 6275 |  |
| GARY A. MODAFFERI, ESQ. |  |
| Nevada Bar No. 12450 |  |
| Attorneys for Plaintiffs |  |

/ / /

## **ORDER**

IT IS HEREBY ORDERED that the calendar call currently schedule for January 21, 2020 at the hour of 3:00 p.m. be vacated and continued to  March 3, 2020  at the hour of  10:00 AM  , and the trial currently scheduled for January 27, 2020 at 9:00 a.m. be vacated and continued to  March 10, 2020  at the hour of  9:00 AM  .

DATED AND DONE this 17th day of January, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Allen Lichtenstein
_____
ALLEN LICHTENSTEIN, ESQ.
Nevada Bar No. 3992
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
GARY A. MODAFFERI, ESQ.
Nevada Bar No. 12450
Attorneys for Plaintiffs