AARON D. FORD
  Attorney General
Jared M. Frost (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3177
Facsimile:  (702) 486-3773
E-Mail: jfrost@ag.nv.gov

*Attorneys for Defendants Mary K. Baker,
Anne Carpenter, Tony Corda, Christopher DeRicco,
Adam Endel, Aaron D. Ford, Susan Jackson,
Mindy McKay, George Togliatti, and Natalie Wood*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOES 1-35; and UNKNOWN NAMED DOES 1-1000,<br><br>Plaintiffs,<br><br>vs.<br><br>AARON D. FORD, ATTORNEY GENERAL FOR THE STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No.: 2:15-cv-01638-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY BRIEF**<br><br>**(First Request)** |

Defendants Mary K. Baker, Anne Carpenter, Tony Corda, Christopher DeRicco, Adam Endel, Aaron D. Ford, Susan Jackson, Mindy McKay, George Togliatti, and Natalie Wood, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, and Plaintiffs, by and through counsel, Allen Lichtenstein, Esq., hereby stipulate and agree to extend the time for Defendants to file their Reply to Plaintiff's Response (ECF No. 150) to Defendants Motion for Summary Judgment (ECF No. 145) for an additional twenty-one (21) days.

Defendants' Reply is currently due to be filed on November 20, 2020. The parties submit there is good cause to extend the deadline due to an illness experienced by defense

counsel and the resulting need for additional time to complete the Reply. This is Defendants' first request to extend the deadline.

DATED this 18th day of November, 2020.                     DATED this 18th day of November, 2020.

                                                          AARON D. FORD
                                                          Attorney General

By: /s/ Allen Lichtenstein                                By: /s/ Jared M. Frost
    ALLEN LICHTENSTEIN, ESQ.                                  JARED M. FROST
    Nevada Bar No. 3992                                       Nevada Bar No. 11132
    3315 E. Russell Road, #222                                Senior Deputy Attorney General
    Las Vegas, NV 89120                                       555 E. Washington Ave., Suite 3900
    *Attorney for Plaintiffs*                                 Las Vegas, NV 89101
                                                              *Attorneys for Defendants*

## ORDER

**IT IS HEREBY ORDERED** that Defendants shall have an additional twenty-one (21) days, or until December 11, 2020, to file their Reply.

    DATED this 20th day of November, 2020.

                                                          IT IS SO ORDERED:

                                                          _____
                                                          RICHARD F. BOULWARE, II
                                                          United States District Judge