AARON D. FORD
  Attorney General
Jared M. Frost (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3177
Facsimile: (702) 486-3773
E-Mail: jfrost@ag.nv.gov

*Attorneys for Defendants Mary K. Baker,
Anne Carpenter, Tony Corda, Christopher DeRicco,
Adam Endel, Aaron D. Ford, Mindy McKay,
George Togliatti, and Natalie Wood*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOES 1-35; and UNKNOWN NAMED DOES 1-1000,<br><br>    Plaintiffs,<br><br>vs.<br><br>AARON D. FORD, ATTORNEY GENERAL FOR THE STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01638-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO MOTION FOR INTERIM ATTORNEYS' FEES AND COSTS**<br><br>**(FIRST REQUEST)** |

Defendants Mary K. Baker, Anne Carpenter, Tony Corda, Christopher DeRicco, Adam Endel, Aaron D. Ford, Mindy McKay, George Togliatti, and Natalie Wood, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, and Plaintiffs, by and through counsel, Gary Modafferi, Esq., hereby stipulate and agree to extend the time for Defendants to file a response to Plaintiffs' Motion for Interim Attorneys' Fees and Costs (ECF No. 166) for an additional twenty-one (21) days. Defendants' response is currently due to be filed on May 9, 2024, and request a new filing deadline of May 30, 2024.

This request is submitted pursuant to Local Rule IA 6-1 and 6-2 and is Defendants' first request for an extension of time to respond to the Motion for Interim Attorneys' Fees and Costs. Good causes exists for this extension. Defendants' counsel needs additional time to prepare and complete a response to the Motion considering the many years of billing records submitted in connection with the Motion as well as a recently busy litigation schedule in other matters. This Stipulation is sought in good faith and not for undue delay.

DATED this 6th day of May, 2024.

DATED this 6th day of May, 2024.

AARON D. FORD
Attorney General

By: /s/ Gary Modafferi
GARY MODAFFERI, ESQ.
Nevada Bar No. 12450
612 3rd St Suite A
Las Vegas, NV 89101
*Attorney for Plaintiffs*

By: /s/ Jared M. Frost
JARED M. FROST
Nevada Bar No. 11132
Senior Deputy Attorney General
555 E. Washington Ave., Suite 3900
Las Vegas, NV 89101
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED**. Defendants' response to the Motion for Interim Attorneys' Fees and Costs deadline is extended to May 30, 2024.

DATED: May 7, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE