AARON D. FORD
  Attorney General
Jared M. Frost (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3177
Facsimile: (702) 486-3773
E-Mail: jfrost@ag.nv.gov

*Attorneys for Defendants Mary K. Baker,
Anne Carpenter, Tony Corda, Christopher DeRicco,
Adam Endel, Aaron D. Ford, Mindy McKay,
George Togliatti, and Natalie Wood*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOES 1-35; and UNKNOWN NAMED DOES 1-1000,<br><br>  Plaintiffs,<br><br>vs.<br><br>AARON D. FORD, ATTORNEY GENERAL FOR THE STATE OF NEVADA, *et al.*,<br><br>  Defendants. | Case No.: 2:15-cv-01638-RFB-DJA<br><br>**STIPULATION AND ORDER TO STRIKE JOINT STATUS REPORT** |

Defendants Mary K. Baker, Anne Carpenter, Tony Corda, Christopher DeRicco, Adam Endel, Aaron D. Ford, Mindy McKay, George Togliatti, and Natalie Wood, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, and Plaintiffs, by and through counsel, Gary Modafferi, Esq., hereby stipulate and agree to strike the Joint Status Report filed April 29, 2024 (ECF No. 167).

Good cause exists to strike the Joint Status Report. The Joint Status Report incorrectly informs the Court that the "individual Plaintiffs who were subject to retroactive residency and movement restrictions agreed upon by the parties" are set forth in an

attached list, when in fact Defendants dispute the inclusion of four (4) plaintiffs on the list. In addition, the Joint Status Report was erroneously filed without Defendants' approval or authorization. Accordingly, the Joint Status Report should be stricken pursuant to FRCP Rule 12(f).

DATED this 8th day of May, 2024.     DATED this 8th day of May, 2024.

                                                     AARON D. FORD
                                                     Attorney General

By: /s/ Gary Modafferi     By: /s/ Jared M. Frost
    GARY MODAFFERI, ESQ.         JARED M. FROST
    Nevada Bar No. 12450         Nevada Bar No. 11132
    612 3rd St. Suite A         Senior Deputy Attorney General
    Las Vegas, NV 89101         555 E. Washington Ave., Suite 3900
    *Attorney for Plaintiffs*         Las Vegas, NV 89101
                                                          *Attorneys for Defendants*

## ORDER

**IT IS HEREBY ORDERED** that the Joint Status Report (ECF No. 167) is hereby STRICKEN.

**IT IS HEREBY ORDERED** that the parties shall file, by May 17, 2024, an Amended Joint Status Report setting forth the parties' respective positions concerning which Plaintiffs are covered by the Court's orders and eligible to proceed in this case.

DATED: May 10, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE