**STIP**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222

GARY A. MODAFFERI, ESQ.
Nevada Bar No. 12450
LAW OFFICE OF GARY A. MODAFFERI, LLC
612 S. 3rd Street
Las Vegas, Nevada 89101
Telephone: (702) 327-3033

ALLEN LICHTENSTEIN, ESQ.
Nevada Bar No. 3992
3315 E. Russell Road
Las Vegas, Nevada 89120
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOES 1-35; and UNKNOWN NAMED DOES 1-1000, <br><br> Plaintiffs, <br><br> vs. <br><br> AARON D. FORD, ATTORNEY GENERAL FOR THE STATE OF NEVADA, *et al.*, <br><br> Defendants. | CASE NO.: 2:15-cv-01638-RFB-CWH |

**STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME FOR THE FILING OF A RESPONSIVE PLEADING TO DEFENDANTS' BRIEF OF ELIGIBILITY OF DOES 12, 30 AND 31 AND REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR INTERIM ATTORNEYS' FEES AND COSTS**

Plaintiffs, by and through their attorneys, ROBERT M. DRASKOVICH, ESQ., of THE DRASKOVICH LAW GROUP, GARY A. MODAFFERI, ESQ., of THE LAW OFFICES OF

1

GARY A. MODAFFERI, LLC, and ALLEN LICHTENSTEIN, ESQ., and DEFENDANTS, by and through their attorneys, AARON D. FORD, Attorney General, JARED M. FROST, Senior Deputy Attorney General, hereby stipulate to an extension of time for the filing of a responsive pleading to Defendants' Brief of Eligibility of DOES 12, 30 and 31; and Reply to Defendants' Response to Plaintiffs' Motion for Interim Attorneys' Fees and Costs is due on or before June 21, 2024.

DATED this 11th day of June, 2024.                                  DATED this 11th day of June, 2024.

                                                                          AARON D. FORD
                                                                          ATTORNEY GENERAL

/s/ Gary A. Modafferi                                                    /s/ Jared M. Frost
_____                               _____
ROBERT M. DRASKOVICH, ESQ.                              JARED M. FROST
Nevada Bar No. 6275                                                       Senior Deputy Attorney General
GARY A. MODAFFERI, ESQ.                                       Nevada Bar No. 11132
Nevada Bar No. 12450                                                     555 E. Washington Ave. Ste. 3900
ALLEN LICHTENSTEIN, ESQ.                                     Las Vegas, Nevada 89101
Nevada Bar No. 3992                                                       Attorneys for Defendants
Attorneys for Plaintiffs

## ORDER

Pursuant to the above and foregoing Stipulation for an Extension of Time, a responsive pleading to Defendants' Brief of Eligibility of DOES 12, 30 and 31; and Reply to Defendants' Response to Plaintiffs' Motion for Interim Attorneys' Fees and Costs is due on or before June 21, 2024.

DATED AND DONE this 14th day of June, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2