**STIP**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222

GARY A. MODAFFERI, ESQ.
Nevada Bar No. 12450
LAW OFFICE OF GARY A. MODAFFERI, LLC
612 S. 3rd Street
Las Vegas, Nevada 89101
Telephone: (702) 327-3033

ALLEN LICHTENSTEIN, ESQ.
Nevada Bar No. 3992
3315 E. Russell Road
Las Vegas, Nevada 89120
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DOES 1-35; and UNKNOWN NAMED DOES 1-1000,<br><br>   Plaintiffs,<br><br> vs.<br><br>AARON D. FORD, ATTORNEY GENERAL FOR THE STATE OF NEVADA, *et al.*,<br><br>   Defendants. | CASE NO.: 2:15-cv-01638-RFB-CWH |

## STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER

Plaintiffs, by and through their attorneys, ROBERT M. DRASKOVICH, ESQ., of THE DRASKOVICH LAW GROUP, GARY A. MODAFFERI, ESQ., of THE LAW OFFICES OF GARY A. MODAFFERI, LLC, and ALLEN LICHTENSTEIN, ESQ., and DEFENDANTS, by and through their attorneys, AARON D. FORD, Attorney General, JARED M. FROST,

Senior Deputy Attorney General, hereby stipulate to an extension of time to file the Joint Pretrial Order currently due on July 17, 2024 until August 23, 2024. The Plaintiffs' attorneys have interviewed half of the Plaintiffs but require additional time to complete their interviews. Mr. Modafferi was in a murder trial.

DATED this 16th day of July, 2024.      DATED this 16th day of July, 2024.

                                                      AARON D. FORD
                                                      ATTORNEY GENERAL

/s/ Gary A. Modafferi                        /s/ Jared M. Frost

ROBERT M. DRASKOVICH, ESQ.          JARED M. FROST
Nevada Bar No. 6275                            Senior Deputy Attorney General
GARY A. MODAFFERI, ESQ.               Nevada Bar No. 11132
Nevada Bar No. 12450                          555 E. Washington Ave. Ste. 3900
ALLEN LICHTENSTEIN, ESQ.             Las Vegas, Nevada 89101
Nevada Bar No. 3992                             Attorneys for Defendants
Attorneys for Plaintiffs

## **ORDER**

Pursuant to the above and foregoing Stipulation for an Extension of Time, the Joint Pretrial Order shall be filed no later than August 23, 2024.

DATED AND DONE this 17th day of July, 2024.

                                               RICHARD F. BOULWARE, II
                                               UNITED STATES DISTRICT JUDGE