**STIP**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222

GARY A. MODAFFERI, ESQ.
Nevada Bar No. 12450
LAW OFFICE OF GARY A. MODAFFERI, LLC
612 S. 3rd Street
Las Vegas, Nevada 89101
Telephone: (702) 327-3033

ALLEN LICHTENSTEIN, ESQ.
Nevada Bar No. 3992
3315 E. Russell Road
Las Vegas, Nevada 89120
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DOES 1-35; and UNKNOWN NAMED DOES 1-1000,<br><br>Plaintiffs,<br><br>vs.<br><br>AARON D. FORD, ATTORNEY GENERAL FOR THE STATE OF NEVADA, *et al.*,<br><br>Defendants. | CASE NO.: 2:15-cv-01638-RFB-CWH |

**STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**

Plaintiffs, by and through their attorneys, ROBERT M. DRASKOVICH, ESQ., of THE DRASKOVICH LAW GROUP, GARY A. MODAFFERI, ESQ., of THE LAW OFFICES OF GARY A. MODAFFERI, LLC, and ALLEN LICHTENSTEIN, ESQ., and DEFENDANTS, by and through their attorneys, AARON D. FORD, Attorney General, JARED M. FROST,

1

Senior Deputy Attorney General, hereby stipulate to an extension of time to file the Joint Pretrial Order currently due on August 23, 2024 until September 6, 2024. The Plaintiffs' attorney, Mr. Draskovich, has been in a murder trial in <u>State of Nevada v. Robert Telles</u>, Case No. C-22-368935-1 and Mr. Modafferi was recently hospitalized and requires additional time to meet with the remaining Plaintiffs.

DATED this 22nd day of August, 2024.            DATED this 22nd day of August, 2024.

                                                          AARON D. FORD
                                                          ATTORNEY GENERAL

/s/ Gary A. Modafferi                                             /s/ Jared M. Frost
_____            _____
ROBERT M. DRASKOVICH, ESQ.              JARED M. FROST
Nevada Bar No. 6275                                       Senior Deputy Attorney General
GARY A. MODAFFERI, ESQ.                     Nevada Bar No. 11132
Nevada Bar No. 12450                                     555 E. Washington Ave. Ste. 3900
ALLEN LICHTENSTEIN, ESQ.                   Las Vegas, Nevada 89101
Nevada Bar No. 3992                                       Attorneys for Defendants
Attorneys for Plaintiffs

## ORDER

Pursuant to the above and foregoing Stipulation for an Extension of Time, the Joint Pretrial Order shall be filed no later than September 6, 2024.

**IT IS SO ORDERED.**

                                                      _____
                                                      RICHARD F. BOULWARE, II
                                                      UNITED STATES DISTRICT JUDGE

DATED this 23 day of August, 2024.