UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOES 1-35, | Case No.: 2:15-cv-01638-RFB-DJA |
| Petitioner/Plaintiff, | |
| v. | ORDER TO PRODUCE<br>**GEORGE ROSENTHAL, #01836536** |
| AARON FORD, Attorney General for the State of Nevada, | |
| Respondent/Defendant | |

ORDER TO PRODUCE

TO: WARDEN or ADMINISTRATOR

THE COURT HEREBY FINDS that **GEORGE ROSENTHAL, #01836536** is presently in custody of the Clark County Detention Center

IT IS HEREBY ORDERED that the Warden, Administrator or his designee, shall arrange and transport **GEORGE ROSENTHAL, #01836536** for an <u>IN PERSON</u> Hearing on :

**Monday, March 24, 2025 AT 1:00 P.M**. in Las Vegas, Nevada, at <u>the Lloyd D George Federal Courthouse, 333 S Las Vegas Blvd, Las Vegas, NV 89101, LV Courtroom 7C before Judge Richard F. Boulware II,</u> in the instant matter,; and arrange for his IN PERSON appearance on said date as ordered and directed by this court until such time as he is released and discharged by the this Court;

Wherein **GEORGE ROSENTHAL, #01836536** shall thereafter be returned to the custody of the Clark County Detention Center, under safe and secure conduct.

Signed this 18th day of March, 2025.

_____
Richard F. Boulware, II    U.S. District Judge

DOCUMENT NAME (e.g., STIPULATION AND ORDER) - 1